UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNETTE TATUM-RIOS, individually and on behalf
of all other persons similarly situated,

                            Plaintiff,

        -v-


AREA STUDIO, LLC,

                            Defendant.

CIVIL ACTION NO.: 21 Civ. 6438 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT
PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

        The Complaint in this action was served on August 24, 2021, with Defendant's Answer

due on September 14, 2021.  (ECF No. 6).  No Answer having been filed on the docket, Plaintiff is

hereby ORDERED to request a Certificate of Default from the Clerk of Court by **October 5, 2021**

and to file a Motion for Default Judgment in accordance with the Individual Practices of the

Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local

Rule 55 by no later than **October 19, 2021**.


Dated:          New York, New York
                September 28, 2021

                                        SO ORDERED.


                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**